UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MOHAMMED DRISSI,

                        Plaintiff,

    - vs -                                    5:03-CV-277

MICHAEL BYRNE; TIMOTHY JULIAN,
Individually, and as Mayor of the City of Utica,
New York; CITY OF UTICA; STEPHEN COX;
COUNTY OF ONEIDA; JOHN KEIZER; THE
LUMBER INSURANCE COMPANY; TIMOTHY
DOYLE, Individually and as Director of the Utica
Urban Renewal Agency; MICHAEL FARRAJ, SR;
MICHAEL FARRAJ, JR; KHALID ALAMI; MARK
DEMBROW; JAMES MARTIN; (unknown) JACOBS,
State Trooper; CORNELL MAYE, Individually and as
Former Commissioner of Public Safety, Utica, New York;
JAMES HELMER; and JOHN DOE, a fictitious name to
indicate other persons;

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on July 14, 2006, in Utica, New York, it is hereby

    ORDERED that

    1. The motions for summary judgment brought by Timothy Julian, Stephen Cox, the County of Oneida, and Timothy Doyle are GRANTED; and

    2. The amended complaint is DISMISSED in its entirety as against Timothy Julian, Stephen Cox, the County of Oneida, and Timothy Doyle;

      3.  Cornell Maye's motion for summary judgment is DENIED;

      4.  The City of Utica's motion for summary judgment is DENIED to the extent that it pertains to actions of Cornell Maye.

      IT IS SO ORDERED.

_____
United States District Judge

Dated: July 14, 2006
       Utica, New York.